UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
YURI M. BONET
VIVIAN A. BONET

CASE NO. 05-50197-BKC-

JUL 26 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

R# 286672

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 39.92 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 23 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

YURI M. BONET
VIVIAN A. BONET
7950 N.W. 181 STREET
HIALEAH, FL 33015

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

CHASE BANK CIRCUIT CITY
CHASE BANK, USA, NA
POB 100018
KENNESAW, GA 30156-9204

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
YURI M. BONET                              CASE NO.  05-50197-BKC-
VIVIAN A. BONET

CHAPTER 13

YURI M. BONET
VIVIAN A. BONET                           ---------$              .00
7950 N.W. 181 STREET
HIALEAH, FL 33015


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CHASE BANK-CIRCUIT CITY                   ---------$            39.92
CHASE BANK, USA, NA
POB 100018
KENNESAW, GA 30156-9204
                                          UNDELIVERABLE/STALE
                                          CLAIM REGISTER# 2
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130